1
2
3
**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | | |
|---|---|---|
| **VICTORIA EARLE**, Individually and on behalf of a Class of Individuals Similarly Situated, | ) ) ) ) | Case Number: 4:13-cv-00877-KAW |
| **Plaintiff,** | ) ) | |
| -v- | ) ) | |
| **CASTING360, LLC** | ) ) | |
| **Defendant** | ) | |

**[PROPOSED] ORDER**

Upon Stipulation of the Parties, and upon good cause shown, **IT IS HEREBY ORDERED** that the time for Defendant to Answer or otherwise respond to the Complaint shall be extended until August 30, 2013.

IT IS SO ORDERED.

Dated July 26, 2013

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge

- 1 -
**[PROPOSED] ORDER ON STIPULATION REGARDING ENLARGEMENT OF TIME TO FILE AN ANSWER** - CASE NO: 4:13-cv-00877-KAW