William I. Rothbard (SBN 72447)
**LAW OFFICES OF WILLIAM I. ROTHBARD**
1217 Yale Street, Suite 104
Santa Monica, California  90404
Telephone:  310-453-8713
Facsimile:  310-453-8715
Bill@RothbardLaw.com

Attorney for Defendant Casting360, LLC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **VICTORIA EARLE**, Individually and on behalf of a Class of Individuals Similarly Situated, | Case Number: 4:13-cv-00877-KAW |
| Plaintiff, | STIPULATION REGARDING ENLARGEMENT OF TIME TO FILE AN ANSWER |
| -v- | |
| **CASTING360, LLC** | |
| **Defendant** | |

   Through this Stipulation and [Proposed] Order, Plaintiff Victoria Earle ("Named Plaintiff") and Defendant Casting 360 LLC ("Defendant") stipulate that Defendant shall have until September 30, 2013 to file its Answer, which currently is due on August 30, 2013.  This is the third extension stipulated and proposed by the parties.  Plaintiff and Defendant continue to be in active settlement discussions and will use this additional time to pursue an early settlement.

   In addition, Plaintiff intends to file a motion to amend the complaint to add another defendant within the proposed 30 day extension period.  If the motion is granted, Defendant also would have to answer the amended complaint.  Approval of this stipulated extension will relieve Defendant of the need to answer the original complaint and then have to turn around and file a superceding answer to the amended complaint a short time later.

- 1 -

ACCORDINGLY, the parties respectfully request that their joint request for an enlargement of time for Defendant to file an answer to the complaint, from August 30, 2013 to and including September 30, 2013, be granted.

Dated: August 30, 2013

Respectfully submitted,

/s/ Barbara Quinn Smith
Barbara Quinn Smith (Ohio Bar 0055328)

Daniel E. Birkhaeuser (SBN 136646)
dbirkhaeuser@bramsonplutzik.com
Jenelle Welling (SBN 209480)
jwelling@bramsonplutzik.com
BRAMSON, PLUTZIK, MAHLER
 & BIRKHAEUSER, LLP
2125 Oak Grove Rd., #120
Walnut Creek, CA 94598
Telephone: 925-945-0200
Facsimile: 925-945-8792

ATTORNEYS FOR PLAINTIFF

/s/ William I. Rothbard
William I. Rothbard (SBN 72447)
Bill@RothbardLaw.com

LAW OFFICES OF WILLIAM I. ROTHBARD
1217 Yale Street, Suite 104
Santa Monica, California 90404
Telephone: 310-453-8713
Facsimile: 310-453-8715

ATTORNEY FOR DEFENDANT CASTING 360 LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/3/13

*Kandis Westmore*
UNITED STATES JUDGE

- 2 -