William I. Rothbard (SBN 72447)
**LAW OFFICES OF WILLIAM I. ROTHBARD**
1217 Yale Street, Suite 104
Santa Monica, California  90404
Telephone: 310-453-8713
Facsimile:  310-453-8715
Bill@RothbardLaw.com

Attorney for Defendant Casting360, LLC

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **VICTORIA EARLE**, Individually and on behalf of a Class of Individuals Similarly Situated,<br><br>**Plaintiff,**<br><br>-v-<br><br>**CASTING360, LLC**<br><br>**Defendant** | **Case Number:  4:13-cv-00877-KAW**<br><br>**STIPULATIONREGARDING ENLARGEMENT OF TIME FOR DEFENDANT CASTING360, LLC TO FILE RESPONSE TO AMENDED COMPLAINT** |

Through this Stipulation and [Proposed] Order, Plaintiff Victoria Earle ("Named Plaintiff") and Defendant Casting360, LLC ("Casting360") stipulate that Casting360's response to the Amended Complaint (Dkt.29) filed on September 11, 2013, shall be due at the same time as the response thereto of Gambit Mobile, LLC ("Gambit"), a new defendant added to this matter by the Amended Complaint.

Prior to the filing of the Amended Complaint, the Court had approved a stipulation between Plaintiff and Casting360 (Dkt. 25) extending the time for Casting360's response to the original complaint from August 30 to September 30, 2013.  This extension was necessary in light

1 -

1  of Plaintiff's representation that it would shortly be amending the complaint to add Gambit and

2  Casting360 should not have to respond to the complaint twice.

3        Now that an amended complaint has been filed, Casting360's response to the new

4  complaint presently is due on September 25, 2013 under Fed. R. Civ. Proc. 15(a)(3). Plaintiff

5  and Casting360 agree, however, that the interests of judicial efficiency, including coordinated

6  case management and scheduling, will be better served if both defendants' responses to the

7  Amended Complaint are due at the same time. This stipulation, the fourth proposed by the

8  parties, therefore requests that the date for Casting360's response to the Amended Complaint be

9  the same as Gambit's.

10        ACCORDINGLY, Plaintiff and Casting360 respectfully request that this stipulation for

11  an enlargement of time for Defendant to file a response to the Amended Complaint, from

12  September 25, 2013, to and including the date on which defendant Gambit Mobile's response to

13  the Amended Complaint shall be due under the federal and local rules, or otherwise by order of

14  this Court, be granted.

15  Dated: September 16, 2013

16                            Respectfully submitted,

17

18                            /s/  Barbara Quinn Smith
                          Barbara Quinn Smith (Ohio Bar 0055328)

19

20                            Daniel E. Birkhaeuser (SBN 136646)
                          dbirkhaeuser@bramsonplutzik.com

21                            Jenelle Welling (SBN 209480)
                          jwelling@bramsonplutzik.com

22                            BRAMSON, PLUTZIK, MAHLER
                           & BIRKHAEUSER, LLP

23                            2125 Oak Grove Rd., #120
                          Walnut Creek, CA 94598

24                            Telephone: 925-945-0200
                          Facsimile: 925-945-8792

25

26                            ATTORNEYS FOR PLAINTIFF

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/   William I. Rothbard
William I. Rothbard (SBN 72447)
Bill@RothbardLaw.com

LAW OFFICES OF WILLIAM I. ROTHBARD
1217 Yale Street, Suite 104
Santa Monica, California  90404
Telephone: 310-453-8713
Facsimile:  310-453-8715

ATTORNEY FOR DEFENDANT CASTING 360
LLC

1   William I. Rothbard (SBN 72447)
**LAW OFFICES OF WILLIAM I. ROTHBARD**
2   1217 Yale Street, Suite 104
Santa Monica, California 90404
3   Telephone: 310-453-8713
Facsimile: 310-453-8715
4   Bill@RothbardLaw.com

5   Attorney for Defendant Casting360, LLC

6

7

8
## IN THE UNITED STATES DISTRICT COURT
9   ## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION
10

11   **VICTORIA EARLE**, Individually and )   **Case Number: 4:13-cv-00877-KAW**
on behalf of a Class of Individuals )
12   Similarly Situated, )
)   **[PROPOSED] ORDER**
13        **Plaintiff,** )
)
14              **-v-** )
)
15   **CASTING360, LLC** )
)
16        **Defendant** )
)
17

18

19        Upon good cause shown, **IT IS HEREBY ORDERED** that the date for

20   Defendant Casting360, LLC's response to the Amended Complaint filed on September 11, 2013

21   shall be extended from September 25, 2013, to and including the date on which newly-named

22   defendant Gambit Mobile, LLC''s response to the Amended Complaint is due under the federal

23   and local rules or otherwise by order of this Court.

24

25   IT IS SO ORDERED.

26   Dated: __9/17_____, 2013

                                        _Kandis Westmore_
                                        United States Magistrate Judge

27

28

---

                                        - 1 -