United States District Court
Northern District of California

VICTORIA EARLE,

        Plaintiff,

  v.

CASTING360, LLC, GAMBIT MOBILE, LLC,

        Defendants.

Case No.: 13-00877-KAW

ORDER GRANTING PARTIES' REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE; EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT

Upon good cause show,

(1) the parties' stipulation to continue the Case Management Conference currently scheduled for November 5, 2013 is GRANTED. The Case Management Conference is hereby continued to February 25, 2014 at 1:30 p.m; and

(2) the parties' stipulation to extend the time within which defendants must respond to the Amended Complaint is GRANTED. Defendants shall answer or otherwise respond to the Complaint by January 31, 2014.

IT IS SO ORDERED.

Dated: October 31, 2013

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge