Barbara Quinn Smith (Ohio Bar 0055328)
(*pro hac vice*)
8600 Tyler Blvd
#1510
Mentor, OH 44060
Telephone: 440-354-4010
Facsimile: 216-370-3240
bqsmith@bqslegal.com
(Additional Counsel listed below)

Attorneys for Plaintiff Victoria Earle (additional counsel listed below)

William I. Rothbard (SBN 72447)
Bill@RothbardLaw.comLAW OFFICES OF WILLIAM I. ROTHBARD
1217 Yale Street, Suite 104
Santa Monica, California 90404
Telephone: 310-453-8713
Facsimile: 310-453-8715

Attorneys for Defendant Casting 360 LLC

Aryn S. Pedowitz (SBN 237289)
Legal@gambitmobile.com
Gambit Mobile, LLC
660 Fourth Street, Suite 417
San Francisco, California 94107
Telephone: 510-509-3622
Facsimile: 415-843-0517

Attorney for Defendant Gambit Mobile LLC

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| **VICTORIA EARLE**, Individually and on behalf of a Class of Individuals Similarly Situated,<br><br>   **Plaintiff,**<br><br>   -v-<br><br>**CASTING360, LLC**<br><br>   and<br><br>**GAMBIT MOBILE, LLC** | Case Number:  4:13-cv-00877-KAW<br><br>**STIPULATION REGARDING ADR PROCESS AND REQUEST FOR A SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE** |

- 1 -

**STIPULATION REGARDING ADR PROCESS AND REQUEST FOR A SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE** - CASE NO: 4:13-cv-00877-KAW

| | |
|---|---|
| **Defendants** | ) |
| | ) |

Plaintiff Victoria Earle ("Named Plaintiff") and Defendants Casting360 LLC and Gambit Mobile LLC ("Defendants") hereby request that this matter be set for a settlement conference before a magistrate judge, and stipulate as follows:

WHEREAS, On October 23, 2013, the parties submitted a Notice of Need of ADR Conference (Dkt. No. 37).

WHEREAS, An ADR Conference was held on November 4, 2013. Present were Howard A. Herman, Director of the Court's ADR program, and counsel for all parties.

WHEREAS, The parties share the view, and Mr. Herman has agreed, that this case is appropriate for a settlement conference with a magistrate judge.

ACCORDINGLY, the parties hereby stipulate, and request the Court to order, that this matter be set for a settlement conference with a magistrate judge.

Dated:  November 7, 2013                Respectfully submitted,

/s/ _Barbara Quinn Smith_____
Barbara Quinn Smith (Ohio Bar 0055328)

T. John Kirk (Indiana Bar 27202-29) (*Pro Hac Vice*)
kirktjohn@mhclaw.com
Thomas K. Caldwell (Indiana Bar 16001-49)
(*Pro Hac Vice*)
tkcaldwell@mhclaw.com
**MADDOX HARGETT & CARUSO, P.C.**
10100 Lantern Road
Suite 150
Fishers, IN 46037
Telephone: 317-598-2040
Facsimile: 317-598-2050

Daniel E. Birkhaeuser (SBN 136646)
dbirkhaeuser@bramsonplutzik.com
Jenelle Welling (SBN 209480)
jwelling@bramsonplutzik.com
BRAMSON, PLUTZIK, MAHLER
 & BIRKHAEUSER, LLP
2125 Oak Grove Rd., #120
Walnut Creek, CA  94598

- 2 -

**STIPULATION REGARDING ADR PROCESS AND REQUEST FOR A SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE** - CASE NO:  4:13-cv-00877-KAW

Telephone: 925-945-0200
Facsimile: 925-945-8792

ATTORNEYS FOR PLAINTIFF

/s/   William I. Rothbard
William I. Rothbard (SBN 72447)

ATTORNEYS FOR DEFENDANT CASTING 360, LLC

/s/ Aryn Pedowitz
Aryn S. Pedowitz (SBN 237289)

ATTORNEY FOR DEFENDANT GAMBIT MOBLE, LLC

Attestation Pursuant To Local Rule 5-1 (i)(3)

I, Barbara Quinn Smith, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of August, 2013 at Mentor, Ohio.

/s/ Barbara Quinn Smith