UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTORIA EARLE

        Plaintiff(s),

  v.

CASTING360 LLC

        Defendant(s).
_____/

No. C- 13-00877 KAW (EDL)

ORDER VACATING SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for February 12, 2014, is VACATED.

Dated: February 4, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge