1  Barbara Quinn Smith (Ohio Bar 0055328)
   (*pro hac vice*)
2  8600 Tyler Blvd
   #1510
3  Mentor, OH 44060
   Telephone: 440-354-4010
4  Facsimile: 216-370-3240
   bqsmith@bqslegal.com
5  (Additional Counsel listed below)
   Attorneys for Plaintiff Victoria Earle
6
7  William I. Rothbard (SBN 72447)
   Bill@RothbardLaw.comLAW OFFICES OF WILLIAM I. ROTHBARD
8  1217 Yale Street, Suite 104
   Santa Monica, California 90404
9  Telephone: 310-453-8713
   Facsimile: 310-453-8715
10 Attorneys for Defendant Casting 360 LLC
11
12 Aryn S. Pedowitz (SBN 237289)
   Legal@gambitmobile.com
13 Gambit Mobile, LLC
   660 Fourth Street, Suite 417
14 San Francisco, California 94107
   Telephone: 510-509-3622
15 Facsimile: 415-843-0517
   Attorney for Defendant Gambit Mobile LLC
16
17              **IN THE UNITED STATES DISTRICT COURT**
18              **NORTHERN DISTRICT OF CALIFORNIA**
                **OAKLAND DIVISION**
19
20 **VICTORIA EARLE**, Individually and    )    **Case Number: 4:13-cv-00877-KAW**
   on behalf of a Class of Individuals     )
21 Similarly Situated,                      )
                                            )
22      **Plaintiff,**                      )    **STIPULATION OF DISMISSAL**
                                            )
23          **-v-**                         )
                                            )
24 **CASTING360, LLC**                      )
                                            )
25          **and**                         )
                                            )
26 **GAMBIT MOBILE, LLC**                   )
27      **Defendants**                      )
28

1    Named Plaintiff Victoria Earle and Defendants Casting 360 LLC and Gambit Mobile

2  LLC, by and through undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil

3  Procedure hereby stipulate to dismissal with prejudice of all claims against Defendants Casting

4  360 LLC and Gambit Mobile LLC.

5

6  Dated:  April 2, 2014                          Respectfully submitted,

7
                                               /s/ _Barbara Quinn Smith_____
8                                              Barbara Quinn Smith (Ohio Bar 0055328)

9                                              T. John Kirk (Indiana Bar 27202-29) (*Pro Hac Vice*)
                                               kirktjohn@mhclaw.com
10                                             Thomas K. Caldwell (Indiana Bar 16001-49)
                                               (*Pro Hac Vice*)
11                                             tkcaldwell@mhclaw.com
                                               **MADDOX HARGETT & CARUSO, P.C.**
12                                             10100 Lantern Road
                                               Suite 150
13                                             Fishers, IN 46037
                                               Telephone: 317-598-2040
14                                             Facsimile: 317-598-2050

15                                             Daniel E. Birkhaeuser (SBN 136646)
16                                             dbirkhaeuser@bramsonplutzik.com
                                               Jenelle Welling (SBN 209480)
17                                             jwelling@bramsonplutzik.com
                                               BRAMSON, PLUTZIK, MAHLER
18                                                & BIRKHAEUSER, LLP
19                                             2125 Oak Grove Rd., #120
                                               Walnut Creek, CA  94598
20                                             Telephone:  925-945-0200
                                               Facsimile:  925-945-8792
21

22                                             ATTORNEYS FOR PLAINTIFF

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/   William I. Rothbard_____
William I. Rothbard (SBN 72447)

ATTORNEYS FOR DEFENDANT CASTING 360, LLC

/s/ Aryn Pedowitz_____
Aryn S. Pedowitz (SBN 237289)

ATTORNEY FOR DEFENDANT GAMBIT MOBLE, LLC

Attestation Pursuant To Local Rule 5-1 (i)(3)

    I, Barbara Quinn Smith, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 2nd day of April, 2014 at Mentor, Ohio.

                                    _____ /s/ Barbara Quinn Smith